UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RANDY'S AUTO, LTD. d/b/a Reliable Collision,<br>    Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 1:22-CV-00350-MSM-LDA |

## **STIPULATION OF DISMISSAL**

Plaintiff, Randy's Auto, Ltd. d/b/a Reliable Collision, and Defendant, The Sherwin-Williams Company, hereby stipulate and agree by and through their undersigned counsel that the above-captioned matter, including each and every claim asserted by Plaintiff, is hereby dismissed with prejudice, no costs or fees to award.

| | |
|---|---|
| RANDY'S AUTO, LTD. d/b/a<br>RELIABLE COLLISION,<br>Plaintiff,<br>By its Attorneys, | THE SHERWIN-WILLIAMS COMPANY,<br>Defendant,<br>By its Attorneys, |
| /s/ Stephen J. Brouillard<br>Stephen J. Brouillard, Esq. #6284<br>Bianchi Brouillard Sousa & O'Connell, P.C.<br>56 Pine Street, Suite 250<br>Providence, RI 02903<br>(401) 223-2990 *telephone*<br>(877) 548-4539 *facsimile*<br>sbrouillard@bbsolaw.com | /s/ Jacon L. Lantry<br>Jacob J. Lantry, Esq. #9432<br>Campbell Conroy & O'Neil, P.C.<br>20 City Square, Suite 300<br>Boston, MA 02129<br>(617) 241-3086 *telephone*<br>(617) 241-5115 *facsimile*<br>jlantry@campbell-trial-lawyers.com |